UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JUSTIN NICHOLAS JENNINGS,

     Petitioner,

 v.

JACK WARNER,

     Respondent.

CASE NO. 3:22-cv-05314-TL-JRC

ORDER GRANTING EXTENSION TO FILE ANSWER

  This matter is before the Court on respondent's unopposed motion for an extension of time in which to file the answer to the petition. Dkt. 13. Because the motion is unopposed and based on respondent's attorney's declaration in support thereof, the Court finds good cause to grant the request. The answer is due October 3, 2022.

  Dated this 18th day of August, 2022.

_____
J. Richard Creatura
Chief United States Magistrate Judge

ORDER GRANTING EXTENSION TO FILE ANSWER
- 1