UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN NICHOLAS JENNINGS,<br><br>      Petitioner,<br><br>  v.<br><br>JACK WARNER,<br><br>      Respondent. | CASE NO. 3:22-cv-05314-TL-JRC<br><br>ORDER GRANTING SECOND EXTENSION TO FILE ANSWER |

This matter is before the Court on respondent's unopposed second motion for an extension of time in which to file the answer to the petition. Dkt. 15. Because the motion is unopposed and based on respondent's attorney's declaration in support thereof, the Court finds good cause to grant the request. The answer is due November 7, 2022.

Dated this 5th day of October, 2022.

                     /s/ J. Richard Creatura
                     J. Richard Creatura
                     Chief United States Magistrate Judge