UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUSTIN NICHOLAS JENNINGS,<br><br>                          Petitioner,<br><br>    v.<br><br>JACK WARNER,<br><br>                          Respondent. | CASE NO. 3:22-cv-05314-TL-JRC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR LEAVE TO FILE CORRECTED ANSWER |

    This matter is before the Court on respondent's motion for leave to file a corrected answer to the federal habeas petition. Dkt. 24. In the motion, respondent asserts that the answer to the petition (Dkt. 20) does not address petitioner's third-in-time amended petition (Dkt. 9) and, therefore, seeks leave to file a corrected answer to petitioner's operative amended habeas petition filed on July 2, 2022. *See* Dkt. 24. The Court, having reviewed the motion and the record herein, finds good cause to grant respondent's request to file a corrected answer.

    Therefore, the Court does hereby ORDER that respondent's motion for leave to file a corrected answer (Dkt. 24) is granted. Respondent shall file and serve his corrected answer on or

before December 16, 2022. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday designated for consideration of the matter, and respondent may file and serve a reply not later than the Friday designated for consideration of the matter. The Clerk is directed to strike the noting date and remove from the Court's calendar the response dated November 3, 2022. Dkt. 20.

Dated this 6th day of December, 2022.

J. Richard Creatura
Chief United States Magistrate Judge