UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN NICHOLAS JENNINGS,<br><br>    Petitioner,<br><br> v.<br><br>JACK WARNER,<br><br>    Respondent. | CASE NO. 3:22-cv-05314-TL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of United States Magistrate Judge J. Richard Creatura (Dkt. No. 34) as well as the remaining record, and no objections or responses to the Report and Recommendation having been filed, the Court hereby finds and ORDERS:

(1) The Report and Recommendation is ADOPTED.

(2) Petitioner's motion for voluntary dismissal (Dkt. No. 32) is GRANTED, and Petitioner's federal habeas petition is DISMISSED WITHOUT PREJUDICE.

(3) The Clerk is DIRECTED to send copies of this Order to Petitioner, Counsel for Respondent, and Judge Creatura.

Dated this 13th day of March 2023.

                Tana Lin
                United States District Judge